IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. KNABB, III, and TRACY L. KNABB, Individually and as Parents and Natural Guardians of Joanne D. Knabb, a Minor,<br><br>    Plaintiffs<br><br>    v.<br><br>INTERNATIONAL BIOMEDICAL, INC., a Texas Corporation, t/d/b/a Airborne Life Support Systems,<br><br>    Defendant and Third Party Plaintiff<br><br>    v.<br><br>STEPHEN G. WOODS, Administrator of the Estate of John E. Bridge, Deceased; CHILDREN'S HOSPITAL OF PITTSBURGH; and GUARDIAN ANGEL AMBULANCE SERVICES, INC.,<br><br>    Third Party Defendants | Civil Action No. 04-215 Erie<br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**AMENDED CASE MANAGEMENT ORDER**

AND NOW, this 16th day of September, 2005, the parties' Joint Motion for Modification of Case Management Order is hereby GRANTED. The Amended Case Management Order of May 26, 2005 is hereby modified as follows:

1. The parties shall complete discovery on or before December 4, 2005.

2. Plaintiffs' pretrial statement and Defendant's motion for summary judgment shall be filed on or before December 24, 2005.

3. Defendants' pretrial statement and Plaintiffs' response to Defendant's motion for summary judgment shall be filed on or January 13, 2006.

4. Third party Defendants' pretrial statements shall be filed on or before February 2, 2006.

s/Sean J. McLaughlin
United States District Judge

Case 1:04-cv-00215-SJM    Document 30    Filed 09/16/2005    Page 2 of 2