IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN D. KNABB, III and TRACY L.
KNABB, individually and as Parents and
Natural Guardians of Joanne D. Knabb, a
minor,
    Plaintiffs,

v.                                    Civil Action No. 04-215 Erie

INTERNATIONAL BIOMEDICAL, INC., a
Texas corporation t/d/b/a Airborne Life
Support Systems,
    Defendant and Third Party Plaintiff,

v.

STEPHEN G. WOODS, Administrator of the
Estate of John E. Bridge, Deceased;
CHILDREN'S HOSPITAL OF
PITTSBURGH; and GUARDIAN ANGEL
AMBULANCE SERVICES, INC.,
    Third Party Defendants.

## ORDER OF COURT

It is hereby ORDERED, ADJUDGED, and DECREED that Children's Hospital of Pittsburgh's Non-Complex Discovery Motion Seeking Reimbursement is granted. International Biomedical, Inc., shall reimburse Children's Hospital of Pittsburgh for the expenses incurred by its counsel in connection with his traveling to Texas and deposing certain representatives from International Biomedical, Inc., in Austin on November 10, 2005, and Plaintiffs in Houston on November 11, 2005.

_____
UNITED STATES DISTRICT JUDGE