IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. KNABB, III, and TRACY L. KNABB, Individually and as Parents and Natural Guardians of Joanne D. Knabb, a Minor,<br><br>    Plaintiffs<br><br>    v.<br><br>INTERNATIONAL BIOMEDICAL, INC., a Texas Corporation, t/d/b/a Airborne Life Support Systems,<br><br>    Defendant and Third Party Plaintiff<br><br>    v.<br><br>STEPHEN G. WOODS, Administrator of the Estate of John E. Bridge, Deceased; CHILDREN'S HOSPITAL OF PITTSBURGH; and GUARDIAN ANGEL AMBULANCE SERVICES, INC.,<br><br>    Third Party Defendants | Civil Action No. 04-215 Erie<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**AMENDED CASE MANAGEMENT ORDER**

AND NOW, this ____ day of _____, 2005, the parties' Joint Motion for Modification of Case Management Order is hereby GRANTED. The AmendedCase Management Order of May 26, 2005 is hereby modified as follows:

1. The parties shall complete discovery on or before February 1, 2006.

2. Plaintiffs' pretrial statement shall be filed on or before April 3, 2006.

3. Defendants' pretrial statement shall be filed on or before April 24, 2006.

4. Third party defendants' pretrial statements shall be filed on or before May 15, 2006.

5. On or before February 22, 2006 any party may file a dispositive motion. Any responses to dispositive motions shall be filed on or before March 24, 2006.

The Case Management Order of October 20, 2004 shall in all other respects remain in effect.

_____
Sean J. McLaughlin
United States District Judge

#633273