IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. KNABB, III, and TRACY L. KNABB, Individually and as Parents and Natural Guardians of JOANNE D. KNABB, a minor,<br>　　Plaintiffs<br><br>vs.<br><br>INTERNATIONAL BIOMEDICAL, INC., A Texas Corporation, t/d/b/a AIRBORNE LIFE SUPPORT SYSTEMS,<br>　　Defendant and Third Party Plaintiff<br><br>vs.<br><br>STEPHEN G. WOODS, Administrator of the Estate of John E. Bridge, Deceased; CHILDREN'S HOSPTIAL OF PITTSBURGH; and GUARDIAN ANGEL AMBULANCE SERVICES, INC.,<br>　　Third Party Defendants | Civil Action No. 04-215 Erie |

**JURY TRIAL DEMANDED**

**<u>AMENDED CASE MANAGEMENT ORDER</u>**

　　AND NOW, this ____ day of _____, 2006, the Plaintiffs' Motion for Modification of Case Management Order is hereby GRANTED. The Amended Case Management Order of January 19, 2006 is hereby modified as follows:

　　1.　　Plaintiffs' pretrial statement shall be filed on or before April 5, 2006.

　　2.　　Defendants' pretrial statement shall be filed on or before April 25, 2006.

　　3.　　Third party defendants' pretrial statements shall be filed on or before May 5, 2006.

　　4.　　On or before April 5, 2006 any party may file a dispositive motion. Any responses to dispositive motions shall be filed on or before April 25, 2006.

      The Case Management Order of October 20, 2004 shall in all other respects remain in effect.

                BY THE COURT

                _____
                Sean J. McLaughlin
                United States District Judge