IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. KNABB, III and TRACY L. KNABB, individually and as Parents and Natural Guardians of JOANNE D. KNABB, a minor | CIVIL ACTION NO. 04-215 Erie |
| Plaintiffs, | |
| vs. | |
| INTERNATIONAL BIOMEDICAL, INC., a Texas Corporation, t/d/b/a Airborne Life Support Systems, | |
| Defendant and Third Party Plaintiff | |
| vs. | |
| STEPHEN G. WOODS, Administrator of the ESTATE OF JOHN E. BRIDGE, Deceased; CHILDREN'S HOSPITAL OF PITTSBURGH; and GUARDIAN ANGEL AMBULANCE SERVICE, INC., | |
| Third Party Defendants. | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that the Motion to Amend Case Management Order to Extend Time in Which To File Motion for Summary Judgment put forth by Third Party Defendant, Children's Hospital of Pittsburgh, is granted and said Motion shall be filed on or before May 5, 2006.

_____
UNITED STATES DISTRICT JUDGE