IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN D. KNABB, III, and TRACY L. KNABB, | ) | |
| Individually and as Parents and Natural | ) | |
| Guardians of Joanne D. Knabb, a Minor, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|         v. | ) | |
| | ) | |
| INTERNATIONAL BIOMEDICAL, INC., a | ) | |
| Texas Corporation, t/d/b/a Airborne Life Support | ) | |
| Systems, | ) | Civil Action No. 04-215 Erie |
|     Defendant and Third Party Plaintiff, | ) | |
| | ) | |
|         v. | ) | Hon. Sean J. McLaughlin |
| | ) | |
| STEPHEN G. WOODS, Administrator of the | ) | |
| Estate of John E. Bridge, Deceased; | ) | |
| CHILDREN'S HOSPITAL OF PITTSBURGH; | ) | |
| and GUARDIAN ANGEL AMBULANCE | ) | |
| SERVICES, INC., | ) | |
|     Third Party Defendants. | ) | |

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) and (c) of the Federal Rules of Civil Procedure, its is hereby

stipulated and agreed to by and between the respective parties that the above-captioned case,

inclusive of all direct claims, third-party claims and cross claims, be dismissed without prejudice

as to the Defendant and all Third-party Defendants.

Respectfully submitted,

/s/ Robert Varsek
Robert Varsek
PA I.D. No. 72936
ROSEN, ROSEN, BLOOM & VARSEK
207 Seneca Street, Box B
Oil City, PA 16301-0180
Tel:      814-677-3094
Attorney for Plaintiffs

1

/s/ James T. Marnen
James T. Marnen
PA I.D. No. 15858
KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
120 West 10th Street
Erie, PA 16501
Tel:    814-459-2800
Attorney for Defendant and Third Party
Plaintiff, International Biomedical, Inc.

/s/ Terry R. Heeter
Terry R. Heeter
PA I.D. No. 52750
THE KOOMAN LAW FIRM
Marianne Professional Center
P.O. Box 700
Clarion, PA 16214
Tel:    814-226-9100
Attorney for Third Party Defendant, Stephen
G. Woods, Administrator of the Estate of
John E. Bridge, Deceased


/s/ Andrew G. Kimball
Andrew G. Kimball
PA I.D. No. 46425
Kristen Hock Prex
PA ID. No. 85526
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place. Suite 400
Pittsburgh, PA 15222-5402
Tel:    412-281-7272
Attorneys for Third Party Defendant,
Children's Hospital of Pittsburgh

/s/ Scott A. Millhouse
Scott A. Millhouse
MEYER DARRAGH BUCKLER
BEBENEK & ECK, P.L.L.C.
PA I.D. No. 33228
U.S Steel Tower, Suite 4850
600 Grant Street
Pittsburgh, PA 15219
Tel:    412-261-6600
Attorney for Third Party Defendant,
Guardian Angel Ambulance Services, Inc.


ACCORDINGLY, it is ORDERED, that by stipulation of the parties, all direct claims,

third-party claims and cross claims advanced by the parties/third-parties are DISMISSED

without prejudice, notice by the Clerk being hereby waived.


_____
Sean J. McLaughlin, United States District Judge


2