IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. KNABB, III, and TRACY L. KNABB, Individually and as Parents and Natural Guardians of Joanne D. Knabb, a Minor,<br>    Plaintiffs,<br><br>       v.<br><br>INTERNATIONAL BIOMEDICAL, INC., a Texas Corporation, t/d/b/a Airborne Life Support Systems,<br>    Defendant and Third Party Plaintiff,<br><br>       v.<br><br>STEPHEN G. WOODS, Administrator of the Estate of John E. Bridge, Deceased; CHILDREN'S HOSPITAL OF PITTSBURGH; and GUARDIAN ANGEL AMBULANCE SERVICES, INC.,<br>    Third Party Defendants. | Civil Action No. 04-215 Erie<br><br>Hon. Sean J. McLaughlin |

## **STIPULATION FOR VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) and (c) of the Federal Rules of Civil Procedure, its is hereby stipulated and agreed to by and between the respective parties that the above-captioned case, inclusive of all direct claims, third-party claims and cross claims, be dismissed without prejudice as to the Defendant and all Third-party Defendants.

                                                Respectfully submitted,

                                                /s/ Robert Varsek
                                                Robert Varsek
                                                PA I.D. No. 72936
                                                ROSEN, ROSEN, BLOOM & VARSEK
                                                207 Seneca Street, Box B
                                                Oil City, PA 16301-0180
                                                Tel:        814-677-3094
                                                Attorney for Plaintiffs

| | |
|---|---|
| /s/ James T. Marnen<br>James T. Marnen<br>PA I.D. No. 15858<br>KNOX McLAUGHLIN GORNALL &<br>SENNETT, P.C.<br>120 West 10th Street<br>Erie, PA 16501<br>Tel:    814-459-2800<br>Attorney for Defendant and Third Party<br>Plaintiff, International Biomedical, Inc. | /s/ Terry R. Heeter<br>Terry R. Heeter<br>PA I.D. No. 52750<br>THE KOOMAN LAW FIRM<br>Marianne Professional Center<br>P.O. Box 700<br>Clarion, PA 16214<br>Tel:    814-226-9100<br>Attorney for Third Party Defendant, Stephen<br>G. Woods, Administrator of the Estate of<br>John E. Bridge, Deceased |
| /s/ Andrew G. Kimball<br>Andrew G. Kimball<br>PA I.D. No. 46425<br>Kristen Hock Prex<br>PA ID. No. 85526<br>DICKIE, McCAMEY & CHILCOTE, P.C.<br>Two PPG Place. Suite 400<br>Pittsburgh, PA 15222-5402<br>Tel:    412-281-7272<br>Attorneys for Third Party Defendant,<br>Children's Hospital of Pittsburgh | /s/ Scott A. Millhouse<br>Scott A. Millhouse<br>MEYER DARRAGH BUCKLER<br>BEBENEK & ECK, P.L.L.C.<br>PA I.D. No. 33228<br>U.S Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Tel:    412-261-6600<br>Attorney for Third Party Defendant,<br>Guardian Angel Ambulance Services, Inc. |

ACCORDINGLY, it is ORDERED, that by stipulation of the parties, all direct claims, third-party claims and cross claims advanced by the parties/third-parties are DISMISSED without prejudice, notice by the Clerk being hereby waived.

_____
Sean J. McLaughlin, United States District Judge